K-02840, DW-320L
P.O. Box 689
Soledad, CA  93960-0689
16 March 2008

U.S. District Court
Clerk of the Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA  94102-9680

Re:  Ibarra vs. Curry, CV 07-6381 JSW (PR)

Sir:

    A couple of months hence I filed a habeas corpus petition with regards to the above referenced.  To date I have not been apprised of its status.
    Please let me know the status of my petition.
    I remain grateful.

Sincerely,

Rafael Ibarra