IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL IBARRA, ) | No. C 07-6381 JSW (PR) |
| Petitioner, ) | **JUDGMENT** |
| vs. ) | |
| BEN CURRY, Warden, ) | |
| Respondent. ) | |

The Court has dismissed this pro se petition for failure to state a cognizable basis for relief. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: April 24, 2008

 *Jeffrey S. White*
 JEFFREY S. WHITE
 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL IBARRA,<br><br>        Plaintiff,<br><br>  v.<br><br>BEN CURRY et al,<br><br>        Defendant. | Case Number: CV07-06381 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rafael Ibarra
K02840
P.O. Box 689
Soledad, CA 93960

Dated: April 24, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk